UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.    5:26-cv-943-MWC (DSR)                                    Date: July 31, 2026

Title    FENG LEI JIANG v. WARDEN, et al.


Present:  The Honorable:   Daniel S. Roberts, United States Magistrate Judge


| L. Krivitsky | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |


**Proceedings:**          (IN CHAMBERS) **ORDER REQUESTING JOINT STATUS REPORT**


In this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, Petitioner challenges his detention as violative of, inter alia, his right to due process and requests a writ of habeas corpus ordering Respondents to release Petitioner from custody.  See Doc. No. 1. Respondents filed their Answer to the Petition on March 11, 2026.  See Doc. No. 6.  Petitioner filed a Reply to the Answer on March 17, 2026.  See Doc. No. 7.  ICE's online detainee locator system does not presently return a result for Petitioner with the A- number listed in the Petition, raising a question of whether Petitioner is presently in the custody of Respondents.

The Parties are therefore ordered to file, within seven days of the date of this Order, a joint status report updating the Court on the following issue:

1.  whether Petitioner is still being detained in Respondents' custody, and if not, what if anything remains to be decided on this Petition.


**IT IS SO ORDERED.**


|  | : |
|---|---|
| **Initials of Preparer** | LK |