# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FENG LEI JIANG,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE ADELANTO DETENTION CENTER, *et al.*,<br><br>Respondents. | Case No. 5:26-cv-00943-MWC-DSR<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL (DKT. [9]) AND DISMISSING PETITION WITHOUT PREJUDICE [JS-6]** |

Upon review of the Stipulation for Dismissal ("Stipulation"), Dkt. # 9, the Stipulation is **GRANTED**.  The Stipulation is signed by all parties who have appeared in this action.  Accordingly, the above-entitled matter and all claims herein are hereby **DISMISSED WITHOUT PREJUDICE [JS-6]**.  Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  August 5, 2026

_____

Honorable Michelle Wiliams Court
United States District Judge

2